**Carlos A. ALFORD, Plaintiff—Appellant,**

v.

**Celecia PEERS; Brian Mansfield; Good Shepard Ministries, Defendants—Appellees,**

**and**

**Katrina Knight; Verna Mansfield, Defendants.**

**No. 10–2246.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 10, 2011.

Carlos A. Alford, Appellant pro se. Harry Lee Davis, Jr., Ann Cox Rowe, Davis & Hamrick, LLP, Winston–Salem, North Carolina, for Appellees.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos A. Alford appeals the district court's order dismissing this action pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alford v. Peers,* No. 7:09–cv–00170–BO (E.D.N.C. Nov. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*